**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Leroy WHITE, Defendant–**
**Appellant.**

No. 08–16130
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2009.

Richard A. Grossman, Atlanta, GA, for Defendant–Appellant.

John Andrew Horn, U.S. Attorney's Office, Corey Steinberg, Atlanta, GA, for Plaintiff–Appellee.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for David Leroy White in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and White's conviction and sentence are AFFIRMED.